**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| CHRISTOPHER ROLLER,<br><br>      Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH and RICHARD CHENEY,<br><br>      Defendants. | Civil No. 07-1675 (JRT/FLN)<br><br>**ORDER ADOPTING<br>REPORT AND RECOMMENDATION<br>OF MAGISTRATE JUDGE** |

_____

  Christopher Roller, 13150 Harriet Avenue South #273, Burnsville, MN 55337, platintiff *pro se*.

  Patricia R. Cangemi, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendants.


  Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated September 24, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

  **IT IS HEREBY ORDERED** that Defendants' motion to dismiss [Docket No. 4] is **GRANTED**, and Plaintiff's motion for partial summary judgment [Docket No. 13] is **DENIED.**


DATED:  October 24, 2007
at Minneapolis, Minnesota.

                           s/John R. Tunheim
                            JOHN R. TUNHEIM
                        United States District Judge